# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01845-KAS

FUNDIENT INVENTORY LLC.,

    Plaintiff,

v.

OUIBY INC. d/b/a KICKFURTHER,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant Ouiby Inc., d/b/a Kickfurther, by and through undersigned counsel, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1:

Ouiby Inc. is a non-public company.  Ouiby Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  September 11, 2023

    Respectfully submitted,

*s/ Hannah E. Armentrout*
Kevin C. McAdam
Hannah E. Armentrout
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261
kcmcadam@hollandhart.com
hearmentrout@hollandhart.com

**Attorneys for Defendant OUIBY INC. d/b/a KICKFURTHER**

2

CERTIFICATE OF SERVICE

      I certify that on September 11, 2023, the foregoing was electronically filed with the Court via the CM/ECF system.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

*s/ Hannah E. Armentrout*
Holland & Hart LLP

**Attorneys for Defendant OUIBY INC. d/b/a KICKFURTHER**

30408488

2